Ambrose HAGERMAN et al. v. H. H. COOPER and R. P. McGinnis, d. b. a. Rex Novelty Company.

No. 5508.

Circuit Court of Appeals, Sixth Circuit.

March 7, 1930.

H. W. Coleman and W. A. Armstrong, both of Louisville, Ky., for appellants.

Chas. T. Ray, of Louisville, Ky., for appellees.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

William K. HALE v. UNITED STATES of America.

No. 234.

Circuit Court of Appeals, Tenth Circuit.

Feb. 7, 1930.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal docketed and dismissed February 7, 1930.

Merrill J. HARDING, Appellant, v. UNITED STATES of America.

No. 8792.

Circuit Court of Appeals, Eighth Circuit.

March 10, 1930.

George P. Comfort and Frank J. Comfort, both of Des Moines, Iowa, for appellant.

Ross R. Mowry, U. S. Atty., of Newton, Iowa.

PER CURIAM.

Appeal dismissed without costs to either party in this court, on motion of appellee.

Charles B. HARRIS, v. UNITED STATES of America.

No. 5614.

Circuit Court of Appeals, Sixth Circuit.

Feb. 3, 1930.

Charles Clay Briggs, of Tulsa, Okl., for appellant.

John R. Watkins, U. S. Atty., of Detroit, Mich.

PER CURIAM.

Petition for allowance of appeal denied.

Lawrence HARRIS, Appellant, v. UNITED STATES of America.

No. 8786.

Circuit Court of Appeals, Eighth Circuit.

May 13, 1930.

William K. Amick, of St. Joseph, Mo., and Fred W. Lewis and John J. Cosgrove, both of Kansas City, Mo., for appellant.

William L. Vandeventer, U. S. Atty., and Harry L. Thomas, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal dismissed for want of prosecution, without costs to either party in this court.